## Exhibit 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TZEW HOLDCO LLC, *et al.*,[1]<br><br>　　　　　　Debtors.<br><br>JEOFFREY L. BURTCH,<br>Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>TYLER ZACHEM, an individual,<br>DAVID BASTO, an individual,<br>JOHN OVERBAY, an individual,<br>JOHN MALLOY, an individual,<br>JEFFREY FRIENT, an individual,<br>DAVID TOLMIE, an individual,<br>MICHAEL SHORT, an individual, and<br>JEFFREY DANE, an individual,<br><br>　　　　　　Defendants. | Chapter 7<br><br>Case No. 20-10910 (KBO)<br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 22-50255 (KBO) |

## SCHEDULING STIPULATION CONCERNING
## THE CHAPTER 7 TRUSTEE'S ADVERSARY COMPLAINT

This *Scheduling Stipulation Concerning The Chapter 7 Trustee's Adversary Complaint* (this "**Stipulation**") is entered into, by and among, Plaintiff Jeoffrey L. Burtch, the Chapter 7 Trustee in the above–captioned action, not individually but solely as Chapter 7 Trustee of TZEW

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each entity's federal tax identification number and respective bankruptcy case numbers, are: (i) TZEW Holdco LLC (0252), 20-10910 (KBO); (ii) PP Group, LLC f/k/a Apex Parks Group, LLC d/b/a TZEW, LLC (5579), 20-10911 (KBO); (iii) PP Property Holdings, LLC f/k/a Apex Real Property Holdings, LLC (1013), 20-10912 (KBO); (iv) PP Parks Beverage Company, LLC f/k/a Speedzone Beverage company, LLC (2339), 20- 10913 (KBO); (v) PP Parks Holdings, LLC f/k/a Speedzone Holdings, LLC (7913), 20-10914 (KBO); (vi) PP Parks Management, LLC f/k/a Speedzone Management, LLC (2937), 20-10915 (KBO); and (vii) TZEW Intermediate Corp d/b/a TZEW Corp. (1058), 20-10916 (KBO).

Holdco LLC, *et al.* ("**Plaintiff**"), on the one hand, and Defendants: (a) Tyler Zachem; (b) David Basto; (c) John Overbay; (d) John Malloy; (e) Jeffrey Frient; (f) David Tolmie (g) Michael Short; and (h) Jeffrey Dane, on the other hand. Each person identified in the foregoing clauses (a) through (h) shall be referred to in this Stipulation as a "**Defendant**," collectively, as "**Defendants**," and together with Plaintiff, as "**Parties**".

## RECITALS

**WHEREAS**, on April 7, 2022, Plaintiff commenced the above–captioned adversary proceeding ("**Adversary Proceeding**"), pending in the United States Bankruptcy Court for the District of Delaware ("**Court**"), by filing the *Adversary Complaint for Damages and Other Relief and Demand for Jury Trial* [ECF No. 1] ("**Complaint**");

**WHEREAS**, on April 8, 2022, the Clerk of the Court issued a summons in the Adversary Proceeding, which set the deadline to respond to the Complaint as May 9, 2022, and scheduled the Pre–Trial Conference for July 19, 2022, at 9:00 am (ET);

**WHEREAS**, Plaintiff has agreed to extend the date by which each Defendant may answer, move, or otherwise respond with respect to the Complaint to and including July 15, 2022; and

**WHEREAS**, each Defendant has agreed to extend the date by which Plaintiff may file a response to any answer or motion to dismiss the Complaint filed by any Defendant, or to file an amended complaint under Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15, to and including September 14, 2022.

**IT IS THEREFORE STIPULATED AND AGREED:**

1. The above–recitals are incorporated in and made a part of this Stipulation.

2. The date by which each Defendant may answer, move, or otherwise respond with respect to the Complaint is extended to and includes July 15, 2022.

3. The date by which Plaintiff may respond to any answer, motion to dismiss or other responsive pleading to the Complaint filed by any Defendant is extended to and includes September 14, 2022.

4. The date by which each Defendant may respond to any opposition to a motion to dismiss to the Complaint filed by Plaintiff is October 14, 2022.

5. Each undersigned counsel to the Defendants accepts service of process on behalf of each respective Defendant. The Defendants will not assert lack of service of process as a defense.

6. The deadlines set forth in this Stipulation cannot be changed other than by order of the Court or by mutual consent in writing (including by e-mail) of Plaintiff and each affected Defendant.

7. The undersigned counsel hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

8. Entry into this Stipulation shall not constitute any Defendant's consent to: (a) the Court's jurisdiction, including the Court's authority to enter final orders in the adversary proceeding, or (ii) the Court conducting a jury trial.

9. Nothing in this Stipulation shall constitute or be deemed to construe a waiver of any Defendant's (a) right to trial by jury or (b) right to move to withdraw the reference of any claim asserted in the Complaint (or any amended complaint), or the entire Adversary Proceeding.

10. Nothing in this Stipulation shall limit, restrict, or impair any defense, right, or argument that could be raised by any Defendant in a motion to dismiss under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012, or any defense, right, or argument that could be raised by Plaintiff in response thereto.

11. This Stipulation may be signed in counterpart originals and delivered by facsimile or email, which, when fully executed, shall constitute a single original. A facsimile or email signature delivered by portable data format (.pdf) shall be deemed an original for filing purposes.

Dated: May 2, 2022
      Wilmington, Delaware

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

By: */s/ Susan E. Kaufman*
Susan E. Kaufman (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
Email: skaufman@skaufmanlaw.com

*Counsel for the Chapter 7 Trustee*

CIMO MAZER MARK PLLC
Special Litigation Counsel for the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 3650
Miami, FL 33131
Tel: (305) 374-6480
Fax: (305) 374-6488
David C. Cimo, Esq.
Fla. Bar No. 775400
Email: dcimo@cmmlawgroup.com
Marilee A. Mark, Esq.
Fla. Bar No. 725961
Email: mmark@cmmlawgroup.com

Dated: May 2, 2022
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Russell C. Silberglied*
    Russell C. Silberglied (No. 3462)
    Robert C. Maddox (No. 5356)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
silberglied@rlf.com
maddox@rlf.com
*Counsel for David Basto and John Overbay*

4

Dated: May 2, 2022
       Chicago, Illinois
**VEDDER PRICE LLP**

By: */s/ Brian W. Ledebuhr*
    Brian W. Ledebuhr (admitted *pro hac vice*)
222 North LaSalle Street, Suite 2300
Chicago, Illinois 60601
(312) 609-7500
bledebuhr@vedderprice.com

*Counsel for John Malloy, Jeffrey Frient, and David Tolmie*

Dated: May 2, 2022
       Garden City, New York
**MORITT HOCK & HAMROFF LLP**

By: */s/ Stephen J. Ginsberg*
    Stephen J. Ginsberg (admitted *pro hac vice*)
    Alexander D. Widell (admitted *pro hac vice*)
400 Garden City Plaza
Garden City, New York 11530
(516) 880-7219
sginsberg@moritthock.com
awidell@moritthock.com

*Counsel for Michael Short and Jeffrey Dane*

Dated: May 2, 2022
       New York, New York
**MORRISON COHEN LLP**

By: */s/ Heath D. Rosenblat*
    Heath D. Rosenblat
909 Third Avenue
New York, New York 10022
(212) 735-8600
hrosenblat@morrisoncohen.com

*Counsel for Tyler Zachem*